**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEPHEN CHADWICK HOWELL,<br><br>*Defendant*. | Case No. 1:25-CR-235<br><br>The Honorable Rossie D. Alston |

**MOTION TO DISMISS REMAINING COUNTS**

The United States of America, by and through its undersigned counsel, hereby moves this

Court to dismiss Counts 1, 2, 4, and 5 of the Indictment in the above-captioned case.

Respectfully submitted,

Todd W. Blanche
Acting Attorney General

By:    _____/s/_____

Laura D. Withers
Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

UNITED STATES OF AMERICA

v.

STEPHEN CHADWICK HOWELL,

*Defendant*.

Case No. 1:25-CR-235

The Honorable Rossie D. Alston

## <u>ORDER</u>

The motion of the United States to dismiss Counts 1, 2, 4, and 5 is hereby GRANTED.  It

is therefore ORDERED that Counts 1, 2, 4, and 5 are DISMISSED.

_____

The Honorable Rossie D. Alston
United States District Judge